UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE REWIND COMPANY, d/b/a Rewind, <br><br> Defendant. | ECF CASE <br><br> No.: 1:22-cv-00842-WFK-VMS |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff Fischler hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: June 30, 2022
New York, New York

_____
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

**SO ORDERED.**

**s/ WFK**

Dated: June 30, 2022
Brooklyn, New York

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE